1 The People of the State of Colorado, Appellee, In the Interest of K.S., B.S., T.S., J.S., L.S., Children, and Concerning J.S. and H.S., Appellants. No. 21CA0611
Court of Appeals of Colorado, Fourth Division
January 20, 2022
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 Delta
 County District Court No. 18JV39 Honorable Jane A. Tidball,
 Judge
 
 
 
 OPINION
 
 
 TOW
 JUDGE
 
 
 JUDGMENT
 AFFIRMED
 
 
 
 Richman and Grove, JJ., concur